# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLORIA COBBS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06 C 3971 |
| v. | ) |
| | ) Hon. Judge Lefkow |
| MID CITY SALON RESOURCES, LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT MID CITY SALON RESOURCES, LLC'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW

Defendant Mid City Salon Resources, LLC ("Mid City"), by and through its attorneys, Seyfarth Shaw LLP, moves at the close of Plaintiffs Gloria Cobbs' and Christine Tuzzolino's (collectively, "Plaintiffs") case, pursuant to Federal Rule of Civil Procedure 50(a)(1), for the entry of judgment in Mid City's favor on all claims asserted by Plaintiffs as a matter of law.

1. Rule 50(a)(1) provides:

    If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may:

    (A) resolve the issue against the party; and

    (B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue.

2. Plaintiffs bear the burden of proof as to their claims against Mid City. But Plaintiffs have rested their case without presenting a "legally sufficient evidentiary basis for a reasonable jury" to find in their favor on any of their claims.

3. Accordingly, and as set forth in greater detail in Mid City's supporting Memorandum of Law, the Court should enter judgment as a matter of law in Mid City's favor on all of Plaintiffs' claims.

WHEREFORE, Mid City respectfully requests that this Court enter judgment as a matter of law in its favor and against Plaintiffs.

| Dated: November 20, 2008 | Respectfully submitted, |
|---|---|
| Gerald L. Maatman, Jr.<br>William F. Dugan<br>Steven J. Pearlman<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>(312) 460-5000 | MID CITY SALON RESOURCE, LLC<br><br>By:    s/Steven J. Pearlman<br>         One of its attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008, I electronically filed the foregoing DEFENDANT MID CITY SALON RESOURCES, LLC'S MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ernest T. Rossiello    ETRLaw@aol.com

  s/Steven J. Pearlman
Steven J. Pearlman

Gerald L. Maatman, Jr.
William F. Dugan
Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000