# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLORIA COBBS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06 C 3971 |
| v. | ) |
| | ) Hon. Judge Lefkow |
| MID CITY SALON RESOURCES, LLC | ) |
| | ) |
| Defendant. | ) |

## MID CITY SALON RESOURCES, LLC'S FRCP 50(b)
## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Mid City Salon Resources, LLC ("Mid City"), by and through its attorneys, Seyfarth Shaw LLP, and pursuant to Federal Rule of Civil Procedure 50(b), moves for the entry of judgment as a matter of law on Mid City's favor on Plaintiff Christine Tuzzolino's retaliation claim.

1.  On December 11, 2008, the Court denied Mid City's Rule 50(a) motion for judgment as a matter of law on Tuzzolino's retaliation claim and granted Tuzzolino's motion for a mistrial. (Dkt. 312).

2.  Mid City submits that judgment as a matter of law is warranted on Tuzzolino's retaliation claim pursuant to Rule 50(b) because the evidence presented at trial, when viewed in the light most favorable to Tuzzolino, does not sustain an actionable retaliation claim. Indeed, Tuzzolino failed her burden of demonstrating she had an objectively or subjectively reasonable belief that she was opposing unlawful sexual harassment. She likewise failed to prove a causal connection between her alleged complaint and her termination.

3. Accordingly, and as set forth in greater detail in Mid City's concurrently filed memorandum of law, which is incorporated by reference, the Court should enter judgment as a matter of law in Mid City's favor on Tuzzolino's retaliation claim pursuant to Rule 50(b).

WHEREFORE, Mid City respectfully requests that the Court enter judgment as a matter of law in its favor and against Tuzzolino, and grant Mid City all other relief it deems just and appropriate.

Dated: December 22, 2008

Respectfully submitted,

Gerald L. Maatman, Jr.
William F. Dugan
Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000

MID CITY SALON RESOURCES, LLC

By: \_\_\_s/Steven J. Pearlman\_\_\_
One Of Its Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2008, I electronically filed the foregoing MID CITY SALON RESOURCES, LLC'S FRCP 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ernest T. Rossiello    ETRLaw@aol.com

s/Steven J. Pearlman
Steven J. Pearlman

Gerald L. Maatman, Jr.
William F. Dugan
Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000